25-C 1435

Raymond Henderson
3436 N. 17th street Apt 4
Milwaukee, Wisconsin 53206

9/17/2025 U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED

2025 SEP 17 P 2: 56

CLERK OF COURT

- VS -

Kraft-Heinz Food Company
1 PPG Place, Suite 3400
Pittsburgh, Pennsylvania
15222

My name is Raymond Henderson
Around late spring or early summer I was
was feeling ill didn't know why. On September
19, 2023 Kraft-Heinz announced there
was a recall on it's American Cheese slices.
I got food poisoning. I have a stomach
infection. I Lost my taste buds, I got
gum decease and I am know a diabetic.
I am still going to doctors for treatment.
The cheese slices still had plastic on
them. I was eating the cheese everyday.
Sometimes breakfast, Lunch, and dinner.
Know I don't eat cheese at all. I would
like for Kraft-Heinz Food Company to pay
all my medical bills and to compensate
me for my pain and suffering and I am
still going to doctors. I am going to have
future medicals payments. I had a Lawyer
They didn't respond to the Lawyer. I called
Kraft-Heinz the haven't called me back.

Case 2:25-cv-01435-NJ    Filed 09/17/25    Page 1 of 2    Document 1

Raymond Hurley    9-17-25

**STATE OF WISCONSIN**
County of Milwaukee

This document was signed before me on this 17 day of Sept, 20 25

Notary's Signature _____
My commission expires on 12-02-2028

LORI WEBER
NOTARY
PUBLIC
STATE OF WISCONSIN